**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | CASE NO. 5:23-cr-00563 |
| Plaintiff, | ) | |
|  | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | |
|  | ) | ORDER, JUDGMENT AND |
| MAURICE A. STEWART, | ) | REFERRAL TO U.S. PROBATION |
|  | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jonathan D. Greenberg regarding the change of plea hearing of Maurice A. Stewart (3) which was referred to the Magistrate Judge with the consent of the parties.

On October 19, 2023, the Government filed a multi-defendant nine count Indictment, charging Defendant Maurice A. Stewart (3) with Count 1, Conspiracy to Distribute Methamphetamine, in violation of Title 21 U.S.C. § 846 and Title 21 U.S.C. § 841(a)(1) and (b)(1)(A), with Count 6, Distribution of Methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), with Count 8, Possession with the Intent to Distribute Methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and with Count 9, Possession with the Intent to Distribute Fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). Defendant Maurice A. Stewart (3) was arraigned on April 1, 2025, during which Maurice A. Stewart (3) entered a plea of not guilty to the charges. On October 1, 2025, Magistrate Judge Jonathan D. Greenberg received Defendant Maurice A. Stewart's plea of guilty to Counts 1, 6, 8, and 9 of the Indictment, without a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Maurice A. Stewart is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.

Therefore, Defendant Maurice A. Stewart (3) is adjudged guilty of the following: Count 1 of the Indictment, Conspiracy to Distribute Methamphetamine, in violation of Title 21 U.S.C. § 846 and Title 21 U.S.C. § 841(a)(1) and (b)(1)(A); Count 6, Distribution of Methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); Count 8, Possession with the Intent to Distribute Methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); and Count 9, Possession with the Intent to Distribute Fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).  This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place on February 3, 2026, at 12:00 p.m.  in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     2/2/2026
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE